UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | No. 3-13-00211 |
| v. | ) ) | Senior Judge Haynes |
| DARRELL WHYTE, | ) ) | |
| Defendant. | ) ) | |

## ORDER

In light of Defendant's motions and the time allowed for the Government to respond, the trial in this action set for **July 21, 2015,** is **CONTINUED** in the interests of justice to allow the Court to decide the motions.

It is so **ORDERED**.

ENTERED this the _13th_ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge