# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00211 |
| | ) | Judge Trauger |
| DARRELL WHYTE | ) | |

## O R D E R

It is hereby **ORDERED** that the Judgment entered on April 20, 2016 (Docket No. 74) i**s** **AMENDED** on page 6 by changing "The defendant shall forfeit..." to read "The defendant has abandoned defendant's interest in The Raven Arms, model MP25, .25 caliber pistol."

It is so **ORDERED**.

ENTER this 3rd day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge